*Order Filed on 6/9/2010 by Clerk U.S. Bankruptcy Court District of New Jersey*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
Brandywine Commons
2240 State Highway 33, Suite 112
PO Box 667
Neptune, NJ  07753

| | |
|---|---|
| **In Re:** | **Case No.: 09-38834** |
| **TRACY ANN McGINNESS,** | **Adv. No.: 10-01127** |
| Debtor. | **Hearing Date:  June 7, 2010** |
| | **Judge: Raymond T. Lyons** |
| **FIA Card Services, N.A. (f.k.a. MBNA America Bank, N.A.),** | |
| **Plaintiff,** | |
| **v.** | |
| **TRACY ANN McGINNESS,** | |
| **Defendant.** | |

**ORDER RECONSIDERING THE ORDER FOR NONDISCHARGEABLE JUDGMENT
BY DEFAULT AGAINST DEFENDANT ENTERED 4/29/10**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 6/9/2010**

*/s/ Raymond T. Lyons*
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

Debtor: McGinness, Tracy Ann
Case No.: 09-38834
Adv. Proc. No. 10-01127
Caption of Order: **ORDER RECONSIDERING THE ORDER FOR NONDISCHARGEABLE JUDGMENT BY DEFAULT AGAINST DEFENDANT ENTERED 4/29/10**
Page 2

**THIS MATTER,** being opened to the Court upon the Motion of William H. Oliver, Jr., Esq., attorney for debtor/defendant, for an Order reconsidering the Order for Nondischargeable Judgment by Default Against Defendant entered on April 29, 2010, and the Court having considered the matter and any objections, and for good cause shown;

**ORDERED** that the Order for Nondischargeable Judgment by Default Against Defendant entered on April 29, 2010, shall be and hereby is vacated, and it is further

**ORDERED** that a copy of this Order shall be served upon all interested parties within _____ days of the date hereof.

*Approved by Judge Raymond T. Lyons June 09, 2010*